**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 258 WAL 2022

         Respondent        :

                                :    Petition for Allowance of Appeal
                                :    from the Order of the Superior Court

              v.                 :

                                :

LG STREET,                       :

         Petitioner         :

<u>**ORDER**</u>

**PER CURIAM**

     **AND NOW**, this 21st day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.